ROSE STEINDL, Appellant, *v.* JOHN J. COSGROVE, Respondent.

(Argued March 12, 1936; decided April 14, 1936.)

*Walter E. Warner* and *John R. Jones* for appellant.
*John J. McGinty* and *Joseph C. Thomson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ.
Dissenting: CRANE, Ch. J., O'BRIEN and CROUCH, JJ.